IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEMARIO WALKER, # L1625, a/k/a**     **PLAINTIFF**
**KIRIYAMA SAN GIVONNI**

**v.**     **CIVIL NO. 1:20cv298-HSO-JCG**

**NATHANIEL "BURL" CAIN, DEPUTY**
**COMMISSIONER OF MDOC,**
**PAMELA ROBINSON, and RICHARD**
**PENNINGTON**     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 15th day of March, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE